IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LEWIS MECHANICAL SALES, INC., <br> Plaintiff, <br><br> vs. <br><br> DAVID GIRARD, Individually, and <br> UNION STANDARD INSURANCE <br> GROUP, <br> Defendants. | § § § § § § § § § § | C.A. NO. 2:17-cv-00156 <br> **JURY REQUESTED** |

## AFFIDAVIT OF JOHN SWALLOW

| | |
|---|---|
| STATE OF TEXAS | § § § |
| COUNTY OF NUECES | |

**BEFORE ME**, the undersigned authority, personally appeared John Swallow, who, being by me duly sworn, deposed as follows:

1. "My name is John Swallow. I am of sound mind and one of the counsel of record for Plaintiff, Lewis Mechanical Sales, Inc., and am authorized to make this Affidavit.

2. Attached hereto as Exhibit "A-1" are screenshots and other documents obtained from the Union Standard Insurance Group website evidencing the home office address, Union Standard Insurance Groups President's office location, senior management, and mailing address for Union Standard Insurance Group in Irving, Texas.

3. Additionally, attached hereto as Exhibit "A-2" are screenshots from www.linkedin.com evidencing the Senior Management of Union Standard Insurance Group and their primary place of business, all being in the Dallas/Fort Worth and Irving, Texas, areas.

4. These attachments are true and correct copies of the originals obtained from Union Standard Insurance Group's website.



Further, affiant sayeth naught."

**SIGNED** the 12th day of May, 2017.

_____
JOHN SWALLOW

SUBSCRIBED AND SWORN TO BEFORE ME by the said JOHN SWALLOW on this the 12th day of May, 2017, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas

SUSAN McROBERTS
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-31-2017

n/contact-us.php



# UNION STANDARD INSURANCE GROUP
| a Berkley Company

preferred commercial property and casualty insurance

About | Products and Services | Claim Service | Billing and Payment Plans | Careers | Contact Us | Find an Agent | Agent Portal



why choose us

success with our customers begins with the first call



EXHIBIT A-1

## contact us

### Union Standard Home Office
222 Las Colinas Blvd. W, Suite 1300
Irving, Texas 75039-5433

**Mailing Address**
P.O. Box 152180
Irving, Texas 75015
Phone: 972-719-2400
Toll Free: 800-444-0049
FAX: 972-719-2401



REPORT A CLAIM



E-PAY EXPRESS
Click here to pay your bill.

**Billing Questions**
Please call or email us at: usigdbsupport@usic.com.

**Loss Run Requests**
Please call or email us at: usigunderwriting@usic.com.



USExpress
Agent Portal



Agent Portal Log-in. Click Here!

**Human Resources**
Please call or email us at: employment@usic.com.

**Premium Audit Questions**
Please call or email us at: usigpremiumaudit@usic.com.

**Loss Control Services**
Please call or email us at: usglosscontrol@usic.com.

**Marketing and Agency Licensing Requests**
Please call or email us at: marketing@usic.com.

 

 

## Union Standard is a regional property and casualty insurance provider offering insurance programs to small and mid-sized businesses across the central southern states.

### The Union Standard Insurance Group Difference

In business since 1975, Union Standard Insurance Group offers preferred commercial property and casualty insurance solutions through independent insurance agents located throughout Arizona, Arkansas, New Mexico, Oklahoma and Texas.

We maintain a strong, local presence in each of our markets, keeping underwriting and marketing close to the customer. Our offices are staffed with professionals who understand each of their geographical areas and meet their customers' needs with exceptional underwriting discipline and superior insurance protection.

Our long-term strategy is built around relationships and service. At every level of the company, we respond promptly and fairly with quality client care. Our staff of highly qualified professionals works as a team to provide claims, loss control, audit, underwriting and policy services, offering the expertise and responsiveness that has helped us consistently outperform competitors for more than a decade.

"It's not just what we do, but how we do it" is the work ethic we take to heart. With dedicated employees and services our clients can rely on, we continue to distinguish ourselves from other companies. From small details to larger matters, we do things right the first time, ensuring our clients are taken care of and helping us live up to our core value that "Everything Counts, Everyone Matters®."

**Keith Mitchell**
*President*

222 Las Colinas Boulevard W
Suite 1300
Irving, TX 75039
Tel: (972) 719-2400

### At a Glance


**Industries We Serve**
Construction
Farm and Ranch
Finance
Insurance and Real Estate
Manufacturing
Retail Trade
Services
Transportation
Wholesale Trade


**Products**
Auto
General Liability
Inland Marine
Property
Umbrella
Workers' Compensation


**Geography**
Central Southern states, including Arizona, Arkansas, New Mexico, Oklahoma and Texas


**Distribution Channels**
Retailers


**Affiliations & Memberships**
Association of Fire and Casualty Companies in Texas (AFACT)
Insurance Council of Texas (ICT)
Trusted Choice


**Connect with Us**
🌐 www.usic.com
 LinkedIn     Twitter

---

 Insurance – Domestic    |     Insurance – International    |     Reinsurance


# W. R. BERKLEY CORPORATION

## About W. R. Berkley Corporation

W. R. Berkley Corporation, founded in 1967, is one of the nation's premier commercial lines property casualty insurance providers. Each of the operating units in the Berkley group participates in a niche market, requiring specialized knowledge about a territory or product. Our competitive advantage lies in our long-term strategy of decentralized operations, allowing each of our units to identify and respond quickly and effectively to changing market conditions and local customer needs. This decentralized structure provides financial accountability and incentives to local management and enables us to attract and retain the highest-caliber professionals. We have the expertise and resources to utilize our strengths in the present environment and the flexibility to anticipate, innovate and respond to whatever opportunities and challenges the future may hold.



## Insurance Companies

Acadia Insurance Company
Admiral Indemnity Company
Admiral Insurance Company
American Mining Insurance Company
Berkley Argentina de Reaseguros S.A.
Berkley Assurance Company
Berkley Insurance Company
Berkley International Aseguradora de
    Riesgos del Trabajo S.A.
Berkley International do Brasil Seguros S.A.
Berkley International Seguros Colombia S.A.
Berkley International Seguros S.A.
Berkley International Seguros S.A. (Uruguay)

Berkley Life and Health Insurance Company
Berkley National Insurance Company
Berkley Regional Insurance Company
Berkley Regional Specialty
    Insurance Company
Carolina Casualty Insurance Company
Clermont Insurance Company
Continental Western Insurance Company
Fireman's Insurance Company
    of Washington, D.C.
Gemini Insurance Company
Great Divide Insurance Company
Key Risk Insurance Company

Midwest Employers Casualty Company
Nautilus Insurance Company
Preferred Employers Insurance Company
Queen's Island Insurance Company, Ltd.
Riverport Insurance Company
StarNet Insurance Company
Syndicate 1967 at Lloyd's
Tri-State Insurance Company of Minnesota
Union Insurance Company
Union Standard Lloyds
W. R. Berkley Europe AG
W. R. Berkley Insurance (Europe), Limited

## W. R. Berkley Insurance Group Ratings

A+ (Superior) Financial Size Category XV by A.M. Best     A+ (Strong) by Standard & Poor's

www.wrberkley.com   •   475 Steamboat Road, Greenwich, CT 06830   •   (203) 629-3000

© 2015 W. R. Berkley Corporation • All Rights Reserved.



**UNION STANDARD INSURANCE GROUP** | a Berkley Company

preferred commercial property and casualty insurance

About | Products and Services | Claim Service | Billing and Payment Plans | Careers | Contact Us | Find an Agent | Agent Portal



why choose us — TEAMWORK — SUCCESS

commercial insurance done the right way, teamwork.

## senior management

**Keith Mitchell**
President

**Edmund P. Hemmerick, CPCU, AIAF, ACP**
Senior Vice President Operations

**Jeff Hockersmith, CPA**
Senior Vice President, Treasurer & Chief Financial Officer

**Cathleen Link, CPCU**
Senior Vice President, Chief Underwriting Officer

**Michael W. Smith**
Senior Vice President Claims

**Tom Cawley, FCAS**
Vice President, Chief Actuary

**Dave Hinton, CIC**
Vice President Sales

**Jacquelynne Hurst**
Vice President Marketing

**Gregory R. Perkins**
Vice President Information Services

**Leslie Horwitz, SPHR**
Vice President Human Resources

**Ty Simmons**
Vice President General Counsel & Secretary

**Eugene Phillips, CIC, CSP, ARM**
Regional Vice President

**Niclas Radberg, CPCU, CIC**
Regional Vice President

**Ronald Roman, CPCU**
Regional Vice President



REPORT A CLAIM



E-PAY EXPRESS
Click here to pay your bill.



US Express Agent Portal
Agent Portal Log-in. Click Here!

 





















Secure | https://www.linkedin.com/in/tysimmons/

in Search

Home My Network Jobs Messaging No

Attorney Needed ASAP - Crucial need for local attorney in your area. View new case

3rd

# Ty Simmons

## General Counsel

Union Standard Insurance Group (a W. R. Berkley Company) • Baylor University School of Law

Dallas/Fort Worth Area • 160

Send InMail

Oversees corporate and regulatory compliance, insurance bad faith litigation, government relations and contract administration.

## Experience

**General Counsel**

Union Standard Insurance Group (a W. R. Berkley Company)

Feb 2009 – Present • 8 yrs 4 mos

Irving, Texas

Oversees corporate and regulatory compliance, insurance bad faith litigation, government relations and contract administration.

preferred commercial property and casualty insurance

About | Products and Services | Claim Service | Billing and Payment Plans | Careers | Contact Us | Find an Agent | Agent Portal



why choose US — Send Payment Online — Make a Mass Payment

we offer a payment schedule that works best for your business

## billing and payment options

Union Standard Insurance Group offers a variety of installment plans, and payment methods. Your independent agent will be happy to help you establish a payment schedule that works best for your business (including when your invoices are due).

### Electronic Funds Transfer (EFT)

Electronic Funds Transfer (EFT) is the easiest way to make certain your payments are on-time, which is why our customers overwhelmingly prefer this method of payment. Monthly premiums are automatically transferred from your bank account. Click here for full details about EFT and to download our simple authorization form.

### Pay On-line

Pay Online by electronic check with Union Standard's on-line bill payment service E-PAY Express.
Click here to visit the E-PAY Express web site, enroll, and begin making on-line payments by electronic check.

Do you have questions about E-PAY Express? Click the link below for the most frequently asked questions.

FREQUENTLY ASKED QUESTIONS ▶

### Pay by Phone

Pay by Phone is available if you require assistance with paying by electronic check. Call our Billing Department at 800-955-0325 option 7, Monday – Friday between the hours of 8am – 5pm CST.

Should you choose to pay your premiums by mail, please mail to:

Union Standard Insurance Group
Direct Bill Payments
P. O. Box 200530
Dallas, TX 75320-0530

Please include a copy of your invoice or policy number with your payment.
For FED EX and other services requiring a physical address, please send the payments to:

Union Standard Insurance Group
Direct Bill Payments
222 Las Colinas Blvd. W, Suite 1300
Irving, TX 75039-5433

For billing inquiries, or more information on any of our payment methods, please contact a billing representative at 800-955-0325 option 7, Monday - Friday between the hours of 8am – 5pm CST.

For any other questions regarding billing and collections, you can also email us at usigdbsupport@usic.com.



REPORT A CLAIM



E-PAY EXPRESS
Click here to pay your bill.



US Express Agent Portal
Agent Portal Log-in. Click Here!

 



Follow Us!



**UNION STANDARD INSURANCE GROUP** | a Berkley Company

preferred commercial property and casualty insurance

About | Products and Services | Claim Service | Billing and Payment Plans | Careers | Contact Us | Find an Agent | Agent Portal

why choose us

a team culture where you can enjoy a rewarding career

Home > Jobs

Filter ▾   Keywords                                          Jobs | Login

## Current Job Listings 4 Total Job(s).

Below is a list of the current openings with our company. Click on the job title to learn more about the opening.

**Commercial Underwriter - Dallas Branch**
Irving, TX, USA   Full Time

**Commercial Underwriter - Oklahoma City, OK**
Oklahoma City, OK, USA   Full Time

**Home Office Commercial Lines Underwriting**
Irving, TX, USA   Full Time

**Loss Control Representative (Trainee Position) - Irving, TX**
Irving, TX, USA   Full Time

### Sign Up For Job Alerts!

Name

Email

Corpus Christi, TX US

Send Me Jobs

Share this Page

